BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
AMANDA A. HUNT, ESQ.
Nevada Bar No. 12644
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
ahunt@foxrothschild.com
*Counsel for American West Development, Inc.*

Electronically Filed March 2, 2018

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>AMERICAN WEST DEVELOPMENT, INC.,<br><br>Reorganized Debtor. | Case Nos. BK-S-12-12349-MKN<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

**I HERE BY CERTIFY** that on the 8th day of February 2018, I caused to be served the following documents:

1. *Motion (I) to Reopen Chapter 11 Case; and (II) for an Order to Show Cause Why Scott Lyle Graves Canarelli and His Counsel Should Not Be Held in Contempt for Violating Plan Discharge, Exculpation, Release and Injunctive Provisions* (ECF No. 1081) (the "Motion").

2. *Declaration of Robert M. Evans* in support of the Motion (ECF No. 1082);

3. *Declaration of Edward C. Lubbers* in support of the Motion (ECF No. 1083);

4. *Declaration of Lawrence D. Canarelli* (ECF No. 1084);

5. *Declaration of Katina Brountzas* in support of the Motion (ECF No. 1085);

6. *Declaration of Jennifer L. Braster* in support of the Motion (ECF No. 1086); and

7. *Notice of Hearing* of the Motion (ECF 1087)

via:

ACTIVE\53955537.v1-3/2/18

1

☒    (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced documents were electronically filed on the date noted above and served through the Notice of Electronic Filing automatically generated by the Court to the following parties:

SUSAN G. BOSWELL on behalf of Creditor WELLS FARGO BANK, NATIONAL ASSOCIATION susan.boswell@quarles.com,
kelly.webster@quarles.com;docketaz@quarles.com;sybil.aytch@quarles.com

MARK J BOURASSA on behalf of Creditor KENNETH DALE STEWART SEP PPT TR/KENNETH DALE STEWART TRUST
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor AGNES DALEY
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor ANGIE PHUONG VUU
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor CARMEN SUAREZ-SMITH
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor ELIZABETH J RUSSELL
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor EMMA P GARCIA
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor HOWARD KAHOKULANI
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor JAMIE HACKWORTH
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor JOON GANG
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor JOSEFINO PEREZ
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor KAREN HACKWORTH
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor KRISTINA VON SACHS
trichards@blgwins.com, hdaniels@blgwins.com

ACTIVE\53955537.v1-3/2/18

| | |
|---|---|
| 1 | MARK J BOURASSA on behalf of Creditor LEONOR BENAVIDES |
| 2 | trichards@blgwins.com, hdaniels@blgwins.com |
| | |
| 3 | MARK J BOURASSA on behalf of Creditor LISA E RUDNICKI |
| | trichards@blgwins.com, hdaniels@blgwins.com |
| 4 | |
| | MARK J BOURASSA on behalf of Creditor MARTHA CARRILLO |
| 5 | trichards@blgwins.com, hdaniels@blgwins.com |

MARK J BOURASSA on behalf of Creditor LEONOR BENAVIDES
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor LISA E RUDNICKI
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor MARTHA CARRILLO
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor MARY JEAN DEVERA
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor SONIA KAIL
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor THANH LUU
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor THOMAS KAIL, JR
trichards@blgwins.com, hdaniels@blgwins.com

OGONNA M. BROWN on behalf of Creditor KEMP, JONES & COULTHARD, LLP obrown@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

MARK J. CONNOT on behalf of Defendant AMERICAN WEST DEVELOPMENT, INC. mconnot@foxrothschild.com, dloffredo@foxrothschild.com

WILLIAM C DEVINE, II on behalf of Creditor DAISYLYN DELA CRUZ
william@devinelawfirm.com,
courtney@devinelawfirm.com;devinelawbkecf@gmail.com;keith@devinelawfirm.com;devinewr72773@notify.bestcase.com

WILLIAM C DEVINE, II on behalf of Creditor JORGE BAGTAS
william@devinelawfirm.com,
courtney@devinelawfirm.com;devinelawbkecf@gmail.com;keith@devinelawfirm.com;devinewr72773@notify.bestcase.com

WILLIAM C DEVINE, II on behalf of Creditor JULES CONUI
william@devinelawfirm.com,
courtney@devinelawfirm.com;devinelawbkecf@gmail.com;keith@devinelawfirm.com;devinewr72773@notify.bestcase.com

WILLIAM C DEVINE, II on behalf of Creditor ROBIN LAU
william@devinelawfirm.com,
courtney@devinelawfirm.com;devinelawbkecf@gmail.com;keith@devinelawfirm.com;devinewr72773@notify.bestcase.com

ACTIVE\53955537.v1-3/2/18

WILLIAM C DEVINE, II on behalf of Creditor ROD JUNG
william@devinelawfirm.com,
courtney@devinelawfirm.com;devinelawbkecf@gmail.com;keith@devinelawfirm.com;devinewr72773@notify.bestcase.com

WILLIAM C DEVINE, II on behalf of Creditor ROSE JUNG
william@devinelawfirm.com,
courtney@devinelawfirm.com;devinelawbkecf@gmail.com;keith@devinelawfirm.com;devinewr72773@notify.bestcase.com

WILLIAM C DEVINE, II on behalf of Creditor SOPHIA LAU
william@devinelawfirm.com,
courtney@devinelawfirm.com;devinelawbkecf@gmail.com;keith@devinelawfirm.com;devinewr72773@notify.bestcase.com

WILLIAM C DEVINE, II on behalf of Creditor STEPHANIE JUNG
william@devinelawfirm.com,
courtney@devinelawfirm.com;devinelawbkecf@gmail.com;keith@devinelawfirm.com;devinewr72773@notify.bestcase.com

WILLIAM C DEVINE, II on behalf of Creditor THERESA BAGTAS
william@devinelawfirm.com,
courtney@devinelawfirm.com;devinelawbkecf@gmail.com;keith@devinelawfirm.com;devinewr72773@notify.bestcase.com

WILLIAM C DEVINE, II on behalf of Plaintiff ROBIN H. LAU
william@devinelawfirm.com,
courtney@devinelawfirm.com;devinelawbkecf@gmail.com;keith@devinelawfirm.com;devinewr72773@notify.bestcase.com

WILLIAM C DEVINE, II on behalf of Plaintiff SOPHIA Y. LAU
william@devinelawfirm.com,
courtney@devinelawfirm.com;devinelawbkecf@gmail.com;keith@devinelawfirm.com;devinewr72773@notify.bestcase.com

DONALD F ENNIS on behalf of Creditor CALIFORNIA BANK & TRUST
donald.ennis@wellsfargo.com

JON E. FIELD on behalf of Other Prof. Field Law Ltd. jon@fieldlawltd.com

DONALD L. GAFFNEY on behalf of Creditor CALIFORNIA BANK & TRUST
dgaffney@swlaw.com, jrogalla@swlaw.com

MICHAEL J. GAYAN on behalf of Plaintiff CHRISTOPHER DEROSSI
m.gayan@kempjones.com,
p.pierson@kempjones.com;h.alberto@kempjones.com;m.zornes-vela@kempjones.com

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

ACTIVE\53955537.v1-3/2/18

| | |
|---|---|
| 1 | MICHAEL J. GAYAN on behalf of Plaintiff CHRISTOPHER M BRYANT |
| 2 | m.gayan@kempjones.com, p.pierson@kempjones.com;h.alberto@kempjones.com;m.zornes-vela@kempjones.com |
| 3 | |
| 4 | MICHAEL J. GAYAN on behalf of Plaintiff DENISE HENSON |
| 5 | m.gayan@kempjones.com, p.pierson@kempjones.com;h.alberto@kempjones.com;m.zornes-vela@kempjones.com |
| 6 | |
| 7 | MICHAEL J. GAYAN on behalf of Plaintiff JESSE ROMERO |
| 8 | m.gayan@kempjones.com, p.pierson@kempjones.com;h.alberto@kempjones.com;m.zornes-vela@kempjones.com |
| 9 | |
| 10 | MICHAEL J. GAYAN on behalf of Plaintiff JULIA HAMBY |
| 11 | m.gayan@kempjones.com, p.pierson@kempjones.com;h.alberto@kempjones.com;m.zornes-vela@kempjones.com |
| 12 | MICHAEL J. GAYAN on behalf of Plaintiff NATHAN HAMBY |
| 13 | m.gayan@kempjones.com, p.pierson@kempjones.com;h.alberto@kempjones.com;m.zornes-vela@kempjones.com |
| 14 | |
| 15 | MICHAEL J. GAYAN on behalf of Plaintiff SCOTT LOUIS FISCHMAN |
| 16 | m.gayan@kempjones.com, p.pierson@kempjones.com;h.alberto@kempjones.com;m.zornes-vela@kempjones.com |
| 17 | |
| 18 | MICHAEL J. GAYAN on behalf of Plaintiff TAMMY BRYANT |
| 19 | m.gayan@kempjones.com, p.pierson@kempjones.com;h.alberto@kempjones.com;m.zornes-vela@kempjones.com |
| 20 | |
| 21 | MICHAEL J. GAYAN on behalf of Plaintiff THOMAS HUHN |
| 22 | m.gayan@kempjones.com, p.pierson@kempjones.com;h.alberto@kempjones.com;m.zornes-vela@kempjones.com |
| 23 | |
| 24 | MICHAEL J. GAYAN on behalf of Plaintiff TONYA ROMERO |
| 25 | m.gayan@kempjones.com, p.pierson@kempjones.com;h.alberto@kempjones.com;m.zornes-vela@kempjones.com |
| 26 | |
| 27 | MICHAEL J. GAYAN on behalf of Plaintiff TREVOR HENSON |
| 28 | m.gayan@kempjones.com, p.pierson@kempjones.com;h.alberto@kempjones.com;m.zornes-vela@kempjones.com |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

MICHAEL J. GAYAN on behalf of Plaintiff TRISTAN IVY
m.gayan@kempjones.com,
p.pierson@kempjones.com;h.alberto@kempjones.com;m.zornes-vela@kempjones.com

CAROL L. HARRIS on behalf of Creditor KEMP, JONES & COULTHARD, LLP
ade@kempjones.com

RICHARD F. HOLLEY on behalf of Creditor KEMP, JONES & COULTHARD, LLP rholley@nevadafirm.com,
obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RYAN M. KERBOW on behalf of Creditor SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION
huong@alessikoenig.com

ROBERT R. KINAS on behalf of Creditor CALIFORNIA BANK & TRUST
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;rmperez@swlaw.com

ERIC RANSAVAGE on behalf of Creditor DOROTHY COLLINS
agutierrez@ssllplaw.com

ERIC RANSAVAGE on behalf of Creditor TERESITA BATERINA
agutierrez@ssllplaw.com

CHRISTINE A ROBERTS on behalf of Interested Party DOUGLAS P. WILSON
Christine@crobertslaw.net,
shelley@crobertslaw.net;Christine@crobertslaw.net;lynn@crobertslaw.net

MICAELA RUSTIA MOORE on behalf of Debtor AMERICAN WEST DEVELOPMENT, INC. moorem@cityofnorthlasvegas.com

MICAELA RUSTIA MOORE on behalf of Defendant AMERICAN WEST DEVELOPMENT, INC. moorem@cityofnorthlasvegas.com

ASSLY SAYYAR on behalf of Other Prof. Field Law Ltd.
assly@vistalawyer.net

BRIAN D. SHAPIRO on behalf of Creditor ISRAEL JUAREZ
brian@brianshapirolaw.com, connie@brianshapirolaw.com

JAMES PATRICK SHEA on behalf of Creditor ZURICH AMERICAN INSURANCE COMPANY
jshea@armstrongteasdale.com, MGimenez@ArmstrongTeasdale.com

6

ACTIVE\53955537.v1-3/2/18

ELIZABETH E. STEPHENS on behalf of Interested Party DOUGLAS P. WILSON
rudolph@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com;stephens@ecf.courtdrive.com

ELIZABETH E. STEPHENS on behalf of Interested Party WILLIAM A. LEONARD, JR.
rudolph@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com;stephens@ecf.courtdrive.com

ROLLIN G. THORLEY on behalf of Creditor IRS
rollin.g.thorley@irscounsel.treas.gov

U.S. TRUSTEE - LV - 11, 11 USTPRegion17.lv.ecf@usdoj.gov

MICHAEL C. VAN on behalf of Creditor Michael Cary C & H Concrete dba Coronado Concrete michael@shumwayvan.com, rebekah@shumwayvan.com;samuel@shumwayvan.com;dawn@shumwayvan.com

ABRAN E. VIGIL on behalf of Creditor ZURICH AMERICAN INSURANCE COMPANY vigila@ballardspahr.com, lvdocket@ballardspahr.com

GILBERT B, WEISMAN on behalf of Creditor AMERICAN EXPRESS BANK FSB
notices@becket-lee.com

TERRY L. WIKE on behalf of Creditor ARTHUR BIRZNECK
twike@wikelaw.com, jlovell@wikelaw.com;sstone@wikelaw.com

DONALD H. WILLIAMS on behalf of Creditor BOMBARD MECHANICAL, LLCB DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

DONALD H. WILLIAMS on behalf of Creditor GILMORE CONSTRUCTION, LLC DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

DONALD H. WILLIAMS on behalf of Creditor SUNRISE PAVING, INC.
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

I further certify that on February 9, 2018, the foregoing documents were served via:

☒    (U.S. MAIL) by depositing the foregoing documents in the United States mail, postage prepaid to the following:

        Scott Canarelli
        12 Highlands Creek Drive
        Henderson, NV 89052

ACTIVE\53955537.v1-3/2/18

Scott Canarelli
3810 Robar Street
Las Vegas, NV 89121

Mark A. Solomon, Esq.
Dana A. Dwiggins, Esq.
Solomon Dwiggins & Freer, Ltd.
9060 W. Cheyenne Ave.
Las Vegas, NV 89129
*Counsel for Scott Canarelli*

                       */s/Patricia Chlum*
an employee of Fox Rothschild, LLP

8

ACTIVE\53955537.v1-3/2/18