CLARK HILL, PLLC
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone No. (702) 862-8300
Facsimile No.  (702) 862-8400
Email: ccarlyon@clarkhill.com
*Counsel for Scott Lyle Graves Canarelli*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>American West Development, Inc.,<br><br>Reorganized Debtor. | Case No.: BK-S-12-12349-MKN<br>Chapter: 11<br><br>EX PARTE MOTION TO EXCEED PAGE LIMIT FOR OPPOSITION TO REORGANIZED DEBTOR'S MOTION (I) TO REOPEN CHAPTER 11 CASE; AND (II) FOR AN ORDER TO SHOW CAUSE WHY SCOTT LYLE GRAVES CANARELLI AND HIS COUNSEL SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING PLAN DISCHARGE, EXCULPATION, RELEASE AND INJUNCTIVE PROVISIONS<br><br>DATE: March 21, 2018<br><br>TIME: 9:30 a.m. |

Scott Lyle Graves Canarelli ("Canarelli"), by and through his undersigned counsel, hereby respectfully requests that the Court grant Canarelli leave under LR 9014(e)(i) for an expansion of the applicable page limit for Canarelli's Opposition to Reorganized Debtor's Motion (I) to Reopen Chapter 11 Case; and (II) for an Order to Show Cause why Scott Lyle Graves Canarelli and his Counsel Should not be Held in Contempt for Violating Plan Discharge, Exculpation, Release And Injunctive Provisions (the "Motion").

   The Opposition requires analysis of the Plan and the Probate Petition, which are somewhat extensive. The Opposition will not exceed 30 pages, and will include the table of contents and table of authorities required by LR 9014(e)(1).

   WHEREFORE, Canarelli requests that the LR 9014(e)(i) page limit be extended up to and including thirty (30) pages, exclusive of exhibits, the tables of contents and authorities.

   Respectfully submitted this 2N day of March, 2018.

                              CLARK HILL PLLC

                              By: _____
                              CANDACE C. CARLYON, ESQ.
                              Nevada Bar No. 02666
                              3800 Howard Hughes Parkway, Suite 500
                              Las Vegas, NV 89169

-2-