Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 05, 2018

CLARK HILL, PLLC
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone No. (702) 862-8300
Facsimile No. (702) 862-8400
Email: ccarlyon@clarkhill.com
*Counsel for Scott Lyle Graves Canarelli*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>American West Development, Inc.,<br><br>Reorganized Debtor. | Case No.: BK-S-12-12349-MKN<br>Chapter: 11<br><br>**ORDER GRANTING EX PARTE MOTION TO EXCEED PAGE LIMIT FOR OPPOSITION TO REORGANIZED DEBTOR'S MOTION (I) TO REOPEN CHAPTER 11 CASE; AND (II) FOR AN ORDER TO SHOW CAUSE WHY SCOTT LYLE GRAVES CANARELLI AND HIS COUNSEL SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING PLAN DISCHARGE, EXCULPATION, RELEASE AND INJUNCTIVE PROVISIONS**<br><br>DATE: March 21, 2018<br><br>TIME: 9:30 a.m. |

Scott Lyle Graves Canarelli ("Canarelli"), filed his *Ex Parte Motion to Exceed Page Limit for Canarelli's Opposition to Reorganized Debtor's Motion (I) to Reopen Chapter 11 Case; and (II) for an Order to Show Cause why Scott Lyle Graves Canarelli and his Counsel Should not be Held in Contempt for Violating Plan Discharge, Exculpation, Release And Injunctive Provisions* (the "Ex Parte Motion").

It appears to the Court that the requested relief is appropriate and no further notice need be given, and good cause appearing therefor:

**IT IS HEREBY ORDERED:**

1. The Ex Parte Motion is GRANTED; and

2. The Opposition and accompanying points and authorities shall not exceed thirty (30) pages in length, exclusive of exhibits and the tables of contents and authorities.

**IT IS SO ORDERED.**

Respectfully submitted this 2nd day of March, 2018.

CLARK HILL PLLC

By: _____
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 02666
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169

-2-