Dana A. Dwiggins (#7049)
SOLOMON DWIGGINS & FREER, LTD.
9060 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 853-5483
Facsimile: (702) 853-5485
ddwiggins@sdfnvlaw.com

*Attorneys for Scott Canarelli and
Solomon Dwiggins & Freer, Ltd.*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re<br><br>American West Development, Inc.,<br><br>Reorganized Debtor. | Case No.: BK-S-12-12349-MKN<br>Chapter: 11<br><br>**JOINDER TO THE OPPOSITION TO REORGANIZED DEBTOR'S MOTION (I) TO REOPEN CHAPTER 11 CASE; AND (II) FOR AN ORDER TO SHOW CAUSE WHY SCOTT LYLE GRAVES CANARELLI AND HIS COUNSEL SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING PLAN DISCHARGE, EXCULPATION, RELEASE AND INJUNCTIVE PROVISIONS.**<br><br>DATE: March 21, 2018<br><br>TIME: 9:30 a.m. |

SOLOMON DWIGGINS & FREER, LTD. hereby joins in the Opposition to **Reorganized Debtor's Motion (I) to Reopen Chapter 11 Case; and (II) for an Order to Show Cause Why Scott Lyle Graves Canarelli and His Counsel Should Not be Held in Contempt for Violating Plan Discharge, Exculpation, Release and Injunctive Provisions** [Docket No. 1093].

DATED this 7th day of March, 2018.

                      SOLOMON DWIGGINS & FREER, LTD.

                      By:  /s/ Dana A. Dwiggins
                          Dana A. Dwiggins (#7049)
                          9060 West Cheyenne Avenue
                          Las Vegas, Nevada 89129
                          *For Solomon Dwiggins & Freer, Ltd.*

4817-0958-6782, v. 1