CLARK HILL, PLLC
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone No. (702) 862-8300
Facsimile No.  (702) 862-8400
Email: ccarlyon@clarkhill.com
*Counsel for Scott Lyle Graves Canarelli*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No.: BK-S-12-12349-MKN |
| American West Development, Inc., | Chapter: 11 |
| Reorganized Debtor. | |
| | **CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY that on March 7, 2018, I served a true and correct copy of the **OPPOSITION TO REORGANIZED DEBTOR'S MOTION (I) TO REOPEN CHAPTER 11 CASE; AND (II) FOR AN ORDER TO SHOW CAUSE WHY SCOTT LYLE GRAVES CANARELLI AND HIS COUNSEL SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING PLAN DISCHARGE, EXCULPATION, RELEASE AND INJUNCTIVE PROVISIONS [DE # 1093]** via the electronic service hereto attached as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 9th day of March, 2018.

By: _____
An Employee of Clark Hill PLLC

# EXHIBIT 1

# EXHIBIT 1

Robertson, Cristina P.

**From:** USBC_NEVADA@nvb.uscourts.gov
**Sent:** Wednesday, March 07, 2018 1:33 PM
**To:** Courtmail@nvb.uscourts.gov
**Subject:** 12-12349-mkn Opposition

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

U.S. Bankruptcy Court

District of Nevada

Notice of Electronic Filing

The following transaction was received from CANDACE C CARLYON entered on 3/7/2018 at 1:32 PM PST and filed on 3/7/2018
**Case Name:**       AMERICAN WEST DEVELOPMENT, INC.
**Case Number:**     12-12349-mkn
**Document Number:** 1093

Docket Text:
Opposition Filed by CANDACE C CARLYON on behalf of SCOTT LYLE GRAVES CANARELLI (Related document(s)[1081] Motion to Reopen Chapter 11 Case filed by Debtor AMERICAN WEST DEVELOPMENT, INC., Motion for Order to Show Cause.) (CARLYON, CANDACE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** MyScan_862.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/7/2018] [FileNumber=30749000-0]
[c41d719b6983e2ce050e837087cfbc7f3dd9518fe160f77cb4c13560c18c92c9dc74
3d52ed4a7d0b6b7449fdc793d672f8c0f5c2431c20496ada3e5319c17df6]]

**12-12349-mkn Notice will be electronically mailed to:**

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff TRACY HOPE DAVIS, UNITED STATES TRUSTEE
athanasios.agelakopoulos@usdoj.gov

ATHANASIOS E. AGELAKOPOULOS on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11, 11

1

athanasios.agelakopoulos@usdoj.gov

BRETT A. AXELROD on behalf of Debtor AMERICAN WEST DEVELOPMENT, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com

BRETT A. AXELROD on behalf of Defendant AMERICAN WEST DEVELOPMENT GROUP, INCORPORATED
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com

BRETT A. AXELROD on behalf of Defendant AMERICAN WEST DEVELOPMENT, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com

BRETT A. AXELROD on behalf of Defendant DEVELOPMENT MANAGEMENT, INCORPORATED
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com

BRETT A. AXELROD on behalf of Defendant FAIRMONT 1, INCORPORATED
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com

BRETT A. AXELROD on behalf of Defendant SILVERADO SPRINGS 1, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com

SUSAN G. BOSWELL on behalf of Creditor WELLS FARGO BANK, NATIONAL ASSOCIATION
susan.boswell@quarles.com, kelly.webster@quarles.com;docketaz@quarles.com;sybil.aytch@quarles.com

MARK J BOURASSA on behalf of Creditor KENNETH DALE STEWART SEP PPT TR/KENNETH DALE STEWART TRUST
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor AGNES DALEY
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor ANGIE PHUONG VUU
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor CARMEN SUAREZ-SMITH
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor ELIZABETH J RUSSELL
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor EMMA P GARCIA
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor HOWARD KAHOKULANI
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor JAMIE HACKWORTH
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor JOON GANG
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor JOSEFINO PEREZ
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor KAREN HACKWORTH
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor KRISTINA VON SACHS
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor LEONOR BENAVIDES
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor LISA E RUDNICKI
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor MARTHA CARRILLO
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor MARY JEAN DEVERA
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor SONIA KAIL
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor THANH LUU
trichards@blgwins.com, hdaniels@blgwins.com

MARK J BOURASSA on behalf of Creditor THOMAS KAIL, JR
trichards@blgwins.com, hdaniels@blgwins.com

OGONNA M. BROWN on behalf of Creditor KEMP, JONES & COULTHARD, LLP
obrown@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

CANDACE C CARLYON on behalf of Creditor SCOTT LYLE GRAVES CANARELLI
ccarlyon@clarkhill.com, CRobertson@clarkhill.com;nrodriguez@clarkhill.com

MARK J. CONNOT on behalf of Defendant AMERICAN WEST DEVELOPMENT, INC.
mconnot@foxrothschild.com, dloffredo@foxrothschild.com

WILLIAM C DEVINE, II on behalf of Creditor DAISYLYN DELA CRUZ
william@devinelawfirm.com,
courtney@devinelawfirm.com;devinelawbkecf@gmail.com;keith@devinelawfirm.com;devinewr72773@notify.bestcase.com

WILLIAM C DEVINE, II on behalf of Creditor JORGE BAGTAS
william@devinelawfirm.com,
courtney@devinelawfirm.com;devinelawbkecf@gmail.com;keith@devinelawfirm.com;devinewr72773@notify.bestcase.com

WILLIAM C DEVINE, II on behalf of Creditor JULES CONUI

3

william@devinelawfirm.com,
courtney@devinelawfirm.com;devinelawbkecf@gmail.com;keith@devinelawfirm.com;devinewr72773@notify.bestcase.com

WILLIAM C DEVINE, II on behalf of Creditor ROBIN LAU
william@devinelawfirm.com,
courtney@devinelawfirm.com;devinelawbkecf@gmail.com;keith@devinelawfirm.com;devinewr72773@notify.bestcase.com

WILLIAM C DEVINE, II on behalf of Creditor ROD JUNG
william@devinelawfirm.com,
courtney@devinelawfirm.com;devinelawbkecf@gmail.com;keith@devinelawfirm.com;devinewr72773@notify.bestcase.com

WILLIAM C DEVINE, II on behalf of Creditor ROSE JUNG
william@devinelawfirm.com,
courtney@devinelawfirm.com;devinelawbkecf@gmail.com;keith@devinelawfirm.com;devinewr72773@notify.bestcase.com

WILLIAM C DEVINE, II on behalf of Creditor SOPHIA LAU
william@devinelawfirm.com,
courtney@devinelawfirm.com;devinelawbkecf@gmail.com;keith@devinelawfirm.com;devinewr72773@notify.bestcase.com

WILLIAM C DEVINE, II on behalf of Creditor STEPHANIE JUNG
william@devinelawfirm.com,
courtney@devinelawfirm.com;devinelawbkecf@gmail.com;keith@devinelawfirm.com;devinewr72773@notify.bestcase.com

WILLIAM C DEVINE, II on behalf of Creditor THERESA BAGTAS
william@devinelawfirm.com,
courtney@devinelawfirm.com;devinelawbkecf@gmail.com;keith@devinelawfirm.com;devinewr72773@notify.bestcase.com

WILLIAM C DEVINE, II on behalf of Plaintiff ROBIN H. LAU
william@devinelawfirm.com,
courtney@devinelawfirm.com;devinelawbkecf@gmail.com;keith@devinelawfirm.com;devinewr72773@notify.bestcase.com

WILLIAM C DEVINE, II on behalf of Plaintiff SOPHIA Y. LAU
william@devinelawfirm.com,
courtney@devinelawfirm.com;devinelawbkecf@gmail.com;keith@devinelawfirm.com;devinewr72773@notify.bestcase.com

DONALD F ENNIS on behalf of Creditor CALIFORNIA BANK & TRUST
donald.ennis@wellsfargo.com

JON E. FIELD on behalf of Other Prof. Field Law Ltd.
jon@fieldlawltd.com

DONALD L. GAFFNEY on behalf of Creditor CALIFORNIA BANK & TRUST

dgaffney@swlaw.com, tapodaca@swlaw.com

MICHAEL J. GAYAN on behalf of Plaintiff CHRISTOPHER DEROSSI
m.gayan@kempjones.com, p.pierson@kempjones.com;h.alberto@kempjones.com;m.zornes-vela@kempjones.com

MICHAEL J. GAYAN on behalf of Plaintiff CHRISTOPHER M BRYANT
m.gayan@kempjones.com, p.pierson@kempjones.com;h.alberto@kempjones.com;m.zornes-vela@kempjones.com

MICHAEL J. GAYAN on behalf of Plaintiff DENISE HENSON
m.gayan@kempjones.com, p.pierson@kempjones.com;h.alberto@kempjones.com;m.zornes-vela@kempjones.com

MICHAEL J. GAYAN on behalf of Plaintiff JESSE ROMERO
m.gayan@kempjones.com, p.pierson@kempjones.com;h.alberto@kempjones.com;m.zornes-vela@kempjones.com

MICHAEL J. GAYAN on behalf of Plaintiff JULIA HAMBY
m.gayan@kempjones.com, p.pierson@kempjones.com;h.alberto@kempjones.com;m.zornes-vela@kempjones.com

MICHAEL J. GAYAN on behalf of Plaintiff NATHAN HAMBY
m.gayan@kempjones.com, p.pierson@kempjones.com;h.alberto@kempjones.com;m.zornes-vela@kempjones.com

MICHAEL J. GAYAN on behalf of Plaintiff SCOTT LOUIS FISCHMAN
m.gayan@kempjones.com, p.pierson@kempjones.com;h.alberto@kempjones.com;m.zornes-vela@kempjones.com

MICHAEL J. GAYAN on behalf of Plaintiff TAMMY BRYANT
m.gayan@kempjones.com, p.pierson@kempjones.com;h.alberto@kempjones.com;m.zornes-vela@kempjones.com

MICHAEL J. GAYAN on behalf of Plaintiff THOMAS HUHN
m.gayan@kempjones.com, p.pierson@kempjones.com;h.alberto@kempjones.com;m.zornes-vela@kempjones.com

MICHAEL J. GAYAN on behalf of Plaintiff TONYA ROMERO
m.gayan@kempjones.com, p.pierson@kempjones.com;h.alberto@kempjones.com;m.zornes-vela@kempjones.com

MICHAEL J. GAYAN on behalf of Plaintiff TREVOR HENSON
m.gayan@kempjones.com, p.pierson@kempjones.com;h.alberto@kempjones.com;m.zornes-vela@kempjones.com

MICHAEL J. GAYAN on behalf of Plaintiff TRISTAN IVY
m.gayan@kempjones.com, p.pierson@kempjones.com;h.alberto@kempjones.com;m.zornes-vela@kempjones.com

CAROL L. HARRIS on behalf of Creditor KEMP, JONES & COULTHARD, LLP

ade@kempjones.com

RICHARD F. HOLLEY on behalf of Creditor KEMP, JONES & COULTHARD, LLP
rholley@nevadafirm.com,
obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RYAN M. KERBOW on behalf of Creditor SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION
huong@alessikoenig.com

ROBERT R. KINAS on behalf of Creditor CALIFORNIA BANK & TRUST
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com

ERIC RANSAVAGE on behalf of Creditor DOROTHY COLLINS
agutierrez@ssllplaw.com

ERIC RANSAVAGE on behalf of Creditor TERESITA BATERINA
agutierrez@ssllplaw.com

CHRISTINE A ROBERTS on behalf of Interested Party DOUGLAS P. WILSON
Christine@crobertslaw.net, shelley@crobertslaw.net;Christine@crobertslaw.net;lynn@crobertslaw.net

MICAELA RUSTIA MOORE on behalf of Debtor AMERICAN WEST DEVELOPMENT, INC.
moorem@cityofnorthlasvegas.com

MICAELA RUSTIA MOORE on behalf of Defendant AMERICAN WEST DEVELOPMENT, INC.
moorem@cityofnorthlasvegas.com

ASSLY SAYYAR on behalf of Other Prof. Field Law Ltd.
assly@vistalawyer.net

BRIAN D. SHAPIRO on behalf of Creditor ISRAEL JUAREZ
brian@brianshapirolaw.com, connie@brianshapirolaw.com

JAMES PATRICK SHEA on behalf of Creditor ZURICH AMERICAN INSURANCE COMPANY
jshea@armstrongteasdale.com, MGimenez@ArmstrongTeasdale.com

ELIZABETH E. STEPHENS on behalf of Interested Party DOUGLAS P. WILSON
rudolph@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com;stephens@ecf.courtdrive.com

ELIZABETH E. STEPHENS on behalf of Interested Party WILLIAM A. LEONARD, JR.
rudolph@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com;stephens@ecf.courtdrive.com

ROLLIN G. THORLEY on behalf of Creditor IRS
rollin.g.thorley@irscounsel.treas.gov

U.S. TRUSTEE - LV - 11, 11
USTPRegion17.lv.ecf@usdoj.gov

MICHAEL C. VAN on behalf of Creditor Michael Cary C & H Concrete dba Coronado Concrete
michael@shumwayvan.com,
rebekah@shumwayvan.com;samuel@shumwayvan.com;dawn@shumwayvan.com

ABRAN E. VIGIL on behalf of Creditor ZURICH AMERICAN INSURANCE COMPANY
vigila@ballardspahr.com, lvdocket@ballardspahr.com

GILBERT B, WEISMAN on behalf of Creditor AMERICAN EXPRESS BANK FSB
notices@becket-lee.com

TERRY L. WIKE on behalf of Creditor ARTHUR BIRZNECK
twike@wikelaw.com, jlovell@wikelaw.com

DONALD H. WILLIAMS on behalf of Creditor BOMBARD MECHANICAL, LLCB
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

DONALD H. WILLIAMS on behalf of Creditor GILMORE CONSTRUCTION, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

DONALD H. WILLIAMS on behalf of Creditor SUNRISE PAVING, INC.
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

**12-12349-mkn Notice will not be electronically mailed to:**

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff TRACY HOPE DAVIS, UNITED STATES
TRUSTEE
UNITED STATES DEPT OF JUSTICE
300 LAS VEGAS BLVD SO, STE 4300
LAS VEGAS, NV 89101

CHARLES D. AXELROD on behalf of Debtor AMERICAN WEST DEVELOPMENT, INC.
FOX ROTHSCHILD LLP
1800 CENTURY PARK EAST, SUITE 300
LOS ANGELES, CA 90067

JUDD J BALMER on behalf of Creditor EMERY J. HEFLEY
400 N. STEPHANIE ST, STE 260
HENDERSON, NV 89014

ANTHONY BROWN
LEGAL MAIL RN-18781
23 HOSPITAL N. DRIVE
OROFINO, ID 83544

CENTRAL TELEPHONE OF NEVADA
359 BERT KOUNS
SHREVEPORT, LA 71106

HSIU CLOYD
,

JOHN EGGUM on behalf of Creditor ZURICH AMERICAN INSURANCE COMPANY
BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
115 SOUTH LASALLE STREET, #3200
CHICAGO, IL 60603

FISHER & PHILLIPS LLP
,

GARDEN CITY GROUP, LLC
190 S. LASALLE ST, STE 1925
CHICAGO, IL 60603

SUSAN N. K. GUMMOW on behalf of Creditor ZURICH AMERICAN INSURANCE COMPANY
BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
115 SOUTH LASALLE STREET, #3200
CHICAGO, IL 60603

J. RANDALL JONES on behalf of Plaintiff CHRISTOPHER DEROSSI
HARRISON KEMP & JONES LLP
3800 HOWARD HUGHES PKWY, 17TH FLR
LAS VEGAS, NV 89109

J. RANDALL JONES on behalf of Plaintiff CHRISTOPHER M BRYANT
HARRISON KEMP & JONES LLP
3800 HOWARD HUGHES PKWY, 17TH FLR
LAS VEGAS, NV 89109

J. RANDALL JONES on behalf of Plaintiff DENISE HENSON
HARRISON KEMP & JONES LLP
3800 HOWARD HUGHES PKWY, 17TH FLR
LAS VEGAS, NV 89109

J. RANDALL JONES on behalf of Plaintiff JESSE ROMERO
HARRISON KEMP & JONES LLP
3800 HOWARD HUGHES PKWY, 17TH FLR
LAS VEGAS, NV 89109

J. RANDALL JONES on behalf of Plaintiff JULIA HAMBY
HARRISON KEMP & JONES LLP
3800 HOWARD HUGHES PKWY, 17TH FLR
LAS VEGAS, NV 89109

J. RANDALL JONES on behalf of Plaintiff NATHAN HAMBY
HARRISON KEMP & JONES LLP
3800 HOWARD HUGHES PKWY, 17TH FLR
LAS VEGAS, NV 89109

J. RANDALL JONES on behalf of Plaintiff SCOTT LOUIS FISCHMAN
HARRISON KEMP & JONES LLP
3800 HOWARD HUGHES PKWY, 17TH FLR

LAS VEGAS, NV 89109

J. RANDALL JONES on behalf of Plaintiff TAMMY BRYANT
HARRISON KEMP & JONES LLP
3800 HOWARD HUGHES PKWY, 17TH FLR
LAS VEGAS, NV 89109

J. RANDALL JONES on behalf of Plaintiff THOMAS HUHN
HARRISON KEMP & JONES LLP
3800 HOWARD HUGHES PKWY, 17TH FLR
LAS VEGAS, NV 89109

J. RANDALL JONES on behalf of Plaintiff TONYA ROMERO
HARRISON KEMP & JONES LLP
3800 HOWARD HUGHES PKWY, 17TH FLR
LAS VEGAS, NV 89109

J. RANDALL JONES on behalf of Plaintiff TREVOR HENSON
HARRISON KEMP & JONES LLP
3800 HOWARD HUGHES PKWY, 17TH FLR
LAS VEGAS, NV 89109

J. RANDALL JONES on behalf of Plaintiff TRISTAN IVY
HARRISON KEMP & JONES LLP
3800 HOWARD HUGHES PKWY, 17TH FLR
LAS VEGAS, NV 89109

BRAD KNECHTEL
5187 GRAPE LEAF AVENUE
LAS VEGAS, NV 89141

CATHERINE MABALLO
8544 YELLOW HAWK WAY
LAS VEGAS, NV 89139

RENATO MABALLO, JR.
8544 YELLOW HAWK WAY
LAS VEGAS, NV 89139

CRAIG A. MARQUIZ on behalf of Creditor TRUST ADVISORY BOARD TO THE AMERICAN WEST
DEVELOPMENT, INC. CONSTRUCTION DEFECT SETTLEMENT TRUST
MARQUIZ LAW FIRM
3088 VIA FLAMINIA COURT
HENDERSON, NV 89052

PROVINCE ADVISORS, LLC
,

CHRISTOPHER RATLIFF
846 FOX BROOK ST.
LAS VEGAS, NV 89139

NATHAN A. SCHULTZ

NATHAN A. SCHULTZ on behalf of Debtor AMERICAN WEST DEVELOPMENT, INC.
10621 CRAIG RD
TRAVERSE CITY, MI 49686

LARRY D. STOKES
8449 CAMBRIA CELLARS COURT
LAS VEGAS, NV 89139

THE GARDEN CITY GROUP, INC.
1985 MARCUS AVENUE, STE 200
LAKE SUCCESS, NY 11042

SOFIA A. WILLIAMS
3451 SEGO GLEN CIR.
LAS VEGAS, NV 89121